UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

JOHN ALOISIO, AS EXECUTOR OF THE
ESTATE OF ELIZABETH ALOISIO, DECEASED,

Plaintiff,

-against-

STIFTUNG AKTION KNOCHENMARKSPENDE
BAYERN.,

Defendant.

---

25 CIVIL 07997 (KPF)

**JUDGMENT**

It is hereby ORDERED, ADJUDGED AND DECREED: That for the reasons stated in the Court's Opinion and Order dated June 17, 2026, Defendants motion to dismiss the Complaint pursuant to Federal Rule of Civil Procedure 12(b) (2) is GRANTED. The Complaint is dismissed without prejudice in light of the Courts lack of jurisdiction; accordingly, the case is closed.

**Dated:**   New York, New York
             June 17, 2026

**TAMMI M. HELLWIG**
Clerk of Court

**BY:**

Deputy Clerk